IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHALEEM TINDLE,<br><br>    Defendant.<br>_____/ | No. C 09-1039 CRB<br><br>**ORDER STAYING ORDER GRANTING RELEASE OF DEFENDANT** |

For good cause shown, the United States' application for a stay of Magistrate Judge James Larson's order granting release to defendant Shaleem Tindle in the above-entitled case is GRANTED. Said order is STAYED pending resolution of the government's petition for revocation of the order before this Court. The Government's brief in support of its petition is due by 5pm on August 27. Defendant's opposition will be due by noon on August 31. A hearing on the petition is hereby set for September 1 at 3:30pm..

It is further ORDERED that defendant Shaleem Tindle is to remain in the custody of the United States Marshals Service until further order of this Court.

**IT IS SO ORDERED.**

Dated: August 26, 2010

                                                CHARLES R. BREYER<br>                                                UNITED STATES DISTRICT JUDGE