BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19TH Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile:   (415) 436-7706
Email: Jodi_Linker@fd.org

Counsel for Defendant TINDLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1039 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE PRETRIAL |
| v. ) | CONFERENCE AND BRIEFING |
| ) | SCHEDULE ON MOTIONS IN LIMINE |
| SAHLEEM TINDLE, ) | |
| ) | |
| Defendant. ) | |

At the last appearance in the above-captioned case, the Court set this matter for trial. The Court also set a pretrial conference date and a briefing schedule for the filing of motions in limine. Since that time, the parties have been in plea negotiations. Accordingly, in order to avoid potentially unnecessary litigation and to give the parties ample opportunity to see if this case will resolve without the need for trial, the parties jointly request that the pretrial conference and briefing schedule for the parties' motions in limine be continued for one week.

Specifically, the parties stipulate and request that any motions in limine be filed on February 15, 2011 and oppositions, if any, be filed on February 22, 2011. The parties further stipulate and request that the pretrial conference now be held on March 1, 2011 at 2:30 pm.

1    The parties agree that all other dates previously set by the Court shall remain in place.

2    IT IS SO STIPULATED.

3

4    February 4, 2011                                       /s
     DATED                              KEVIN BARRY
5                                       Assistant United States Attorney

6

7
     February 4, 2011                                       /s
8    DATED                              JODI LINKER
                                        Assistant Federal Public Defender
9

10   IT IS SO ORDERED.

11

12   2/4/11
     DATED                              RICHARD SEEBORG
13                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26   *U.S. v. Tindle*, CR 09-1039 CRB
     STIP. & [PROPOSED] ORDER TO CONTINUE PRETRIAL
     CONFERENCE AND BRIEFING SCHEDULE           2